

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**
**Clerk**

312-435-5670

## Transfer of Criminal Case

Date: 1/2/19

Address: USDC, District of Columbia

Case Title: USA v Honcharova

Northern District of Illinois Case No.: 18cr882   Other Court's Case No.:

Dear Sir/Madam:

Enclosed please find a <u>certified copy</u> of the docket sheet and documents being transferred to your court pursuant to:

**F.R.CR.P 5:**   ☐ In   ☒ Out

☐ Order.
☒ Commitment Order.
☐ Bond Transfer.
☐ Order Setting Conditions of Release.
☐ Appearance bond.
☐ Financial Affidavit.

**18 U.S.C § 3605 Transfer of Jurisdiction Probation 22**   ☐ In   ☐ Out

☐ Certified copy of the Probation 22 form.
☐ Indictment.
☐ Information.
☐ Superseding Indictment.
☐ Superseding Information.
☐ Sentencing Order.
☐ Amended Sentencing Order.
☐ Rule 12B form.
☐ Email us a certified copy of the charging instrument, judgment, signed Probation 22 form and the docket sheet.

Revised 10/03/16

☐ F.R.Cr.P. 20   ☐ F.R.Cr.P. 21          ☐ In   ☐ Out
☐ Indictment.
☐ Information.
☐ Superseding Indictment.
☐ Superseding Information.
☐ Sentencing Order.
☐ Consent to Transfer Jurisdiction.

                                          Sincerely,
                                          Thomas G. Bruton, Clerk of Court

                                          By: /s/Gregory Young
                                               Deputy Clerk

---

## TO BE COMPLETED BY THE RECEIVING DISTRICT

Please acknowledge receipt via email to: docketing_ilnd@ilnd.uscourts.gov

                                          Clerk, U.S. District Court
Date:                                       By:
                                          Deputy Clerk

INTERP

# United States District Court
# Northern District of Illinois - CM/ECF LIVE, Ver 6.2.2 (Chicago)
# CRIMINAL DOCKET FOR CASE #: 1:18-cr-00882-1
# Internal Use Only

Case title: USA v. Honcharova

Date Filed: 12/21/2018
Date Terminated: 12/28/2018

Assigned to: Honorable Jeffrey T. Gilbert

## Defendant (1)

**Liubov Honcharova**
*TERMINATED: 12/28/2018*
*also known as*
Precious
*TERMINATED: 12/28/2018*

represented by Piyush Chandra
Federal Defender Program
55 East Monroe Street
Suite 2800
Chicago, IL 60603
(312) 621-8337
Email: piyush_chandra@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

18:1956-4999.F - Money Laundering-Fraud, Other

**Disposition**

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ GREGORY YOUNG
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
January 2, 2019

**Plaintiff**

USA                                        represented by    **Kaitlin Grace Klamann**
United States Attorney's Office for the Northern Distri
219 South Dearborn Street
5th Floor
Chicago, IL 60604
(312) 353-5361
Email: kaitlin.klamann@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**AUSA - Chicago**
United States Attorney's Office (NDIL - Chicago)
219 South Dearborn Street
Chicago, IL 60604
Email: USAILN.ECFAUSA@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Pretrial Services**

(312) 435-5793
Email: ilnptdb_Court_Action_Notice@ilnpt.uscourts.gov
*ATTORNEY TO BE NOTICED*
*Designation: Pretrial Services*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/20/2018 | | ARREST of defendant Liubov Honcharova. (gcy, ) (Entered: 12/26/2018) |
| 12/21/2018 | 1 | RULE 5(c)(3) Affidavit in Removal Proceedings signed by Judge Honorable Jeffrey T. Gilbert as to Liubov Honcharova (1). (gcy, ) (Entered: 12/21/2018) |
| 12/21/2018 | | ORAL MOTION by USA for removal in custody as to Liubov Honcharova. (gcy, ) (Entered: 12/26/2018) |
| 12/21/2018 | 2 | ORDER as to Liubov Honcharova: Initial appearance and removal proceedings held on 12/21/18. Interpreter sworn. Defendant appeared in response to arrest on 12/20/18. Defendant was informed of her rights, the nature of the charges and the maximum penalties. Piyush Chandra from the Federal Defender Program is assigned as counsel for Defendant. Defendant waived an identity hearing. The Court finds that Defendant Liubov Honcharova is the person named in the arrest warrant. Defendant was informed of her rights under Rule 20 of the Federal Rules of Criminal Procedure. The Government orally moved to have Defendant removed in custody to the District of Columbia on the ground that Defendant poses a risk of flight In accordance with 18 U.S.C.§142(f)(2), for good cause |

| | | |
|---|---|---|
| | | shown and by agreement of the parties, a detention hearing is set for 12/28/18 at 11:00 a.m. in courtroom 1743 before the criminal duty magistrate judge. As provided by 18 U.S.C. § 3142(f)(2), Defendant is remanded to the custody of the U.S. Marshal and shall remain in custody until further order of the Court. It is ordered that Defendant shall remain confined in the Metropolitan Correction Center or an alternative facility designated by the U.S. Marshal, but held separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. It is further ordered that Defendant shall be afforded reasonable opportunity for private consultation with her counsel while in custody. At Defendants request, the Government will notify the Ukrainian Consulate of this case. Signed by the Honorable Jeffrey T. Gilbert on 12/21/18. Mailed notice (gcy, ) (Entered: 12/26/2018) |
| 12/26/2018 | 3 | PRETRIAL Bail Report as to Liubov Honcharova (SEALED) (Nelin, Laura) (Entered: 12/26/2018) |
| 12/28/2018 | | ORAL MOTION by USA for pretrial detention as to Liubov Honcharova. (gcy, ) (Entered: 01/02/2019) |
| 12/28/2018 | | ORAL MOTION by Liubov Honcharova to make International phone call. (gcy, ) (Entered: 01/02/2019) |
| 12/28/2018 | 4 | ORDER as to Liubov Honcharova: Detention hearing held. Interpreter present and sworn to be used on a stand-by basis. Defendant does not contest the government's motion for pretrial detention at this time. This is without prejudice to defendant's right to move at a later time for pretrial release on conditions. Government's oral motion for pretrial detention is granted. Defendant shall remain in custody. Defense counsel's oral motion to allow the defendant to make an international phone call to her mom in Ukraine is granted. The Government will work with the US Marshal's office to help facilitate the phone call. Defendant is ordered removed to the District of Columbia. Signed by the Honorable Mary M. Rowland on 12/28/18. Mailed notice (gcy, ) (Entered: 01/02/2019) |
| 12/28/2018 | 5 | COMMITMENT TO ANOTHER DISTRICT as to Defendant Liubov Honcharova committed to District of Columbia. Signed by the Honorable Mary M. Rowland on 12/28/18. Mailed notice (gcy, ) (Entered: 01/02/2019) |
| 01/02/2019 | 6 | CERTIFIED and Transmitted to District of Columbia via email the record consisting of the transmittal letter.(gcy, ) (Entered: 01/02/2019) |

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| United States of America | |
| Plaintiff(s), | Case No. 18 CR 882 |
| v. | Magistrate Judge: Rowland |
| Liubov Honcharova | |
| Defendant(s). | |

### ORDER

Detention hearing held. Interpreter present and sworn to be used on a stand-by basis. Defendant does not contest the government's motion for pretrial detention at this time. This is without prejudice to defendant's right to move at a later time for pretrial release on conditions. Government's oral motion for pretrial detention is granted. Defendant shall remain in custody. Defense counsel's oral motion to allow the defendant to make an international phone call to her mom in Ukraine is granted. The Government will work with the US Marshal's office to help facilitate the phone call. Defendant is ordered removed to the District of Columbia.

(T:) 00:05

Date: December 28, 2018

_Mary M Rowland_
UNITED STATES MAGISTRATE JUDGE

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: /s/ GREGORY YOUNG
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
January 2, 2019

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | |
|---|---|
| United States of America<br>v.<br><br>Liubov Honcharova<br>_____<br>*Defendant* | )<br>)<br>)  Case No.  18 cr 882<br>)<br>)  Charging District's<br>)  Case No.  _____ |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the _____ District of  Columbia ,
*(if applicable)* _____ division. The defendant may need an interpreter for this language:
Ukranian                                                  .

The defendant:    ☐ will retain an attorney.
                  ☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:  12/28/2018              _Mary M. Rowland_
                                *Judge's signature*

                                Mary M. Rowland, United States Magistrate Judge
                                *Printed name and title*

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By /s/ GREGORY YOUNG
      DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
January 2, 2019