UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No. 18-CR-365 (EJS) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| **LIUBOV HONCHAROVA,** | : | |
| **ALSO KNOWN AS "PRECIOUS,"** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## MOTION FOR LEAVE TO FILE REDACTED SUPERSEDING INDICTMENT

The United States of America, by and through its undersigned counsel, the United States Attorney's Office for the District of Columbia, hereby submits this Motion for Leave to File a Redacted Superseding Indictment in the above-referenced case. In support of this motion, the government states as follows:

1. On December 7, 2018, a grand jury in the District of Columbia returned a seven count indictment charging a defendant [hereinafter, "Defendant A"] with Conspiracy, Wire Fraud, Travel Act violations, and Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C. §§ 371, 1343, 1952(a)(3), and 1956(h). That case was docketed as 18-CR-365 and was assigned to District Judge Emmet G. Sullivan. On the motion of the government, this case was sealed.

2. On December 14, 2018, the same grand jury retuned a superseding indictment in the same matter, 18-CR-365 (EGS), adding Liubov Honcharova as a defendant. The superseding indictment charged defendant Hocharova with Conspiracy, Wire Fraud, and Conspiracy to Commit Money Laundering, in violation of 18 U.S.C. §§ 371, 1343, and 1956(h). On the motion of the government, that case was likewise sealed.

3. On December 20, 2018, defendant Honcharova arrived at Chicago's O'Hare International Airport. The Federal Bureau of Investigation arrested her at the airport based on an arrest warrant issued in conjunction with the superseding indictment.

4. Defendant Honcharova's initial appearance was in the United States District Court for the Northern District of Illinois on December 21, 2018. That same day, the undersigned prosecutor moved orally to unseal defendant Honcharova's case in the District of Columbia to facilitate the transfer of information between prosecutors, defense attorneys, and the Court in Chicago. That motion was granted by Magistrate Judge Robin M. Meriweather and defendant Hocharova's case was unsealed.

5. Because Defendant A's case still remains sealed, and the government wishes to continue to have that case remain sealed, the Court directed the undersigned prosecutor to submit a redacted superseding indictment omitting all references to Defendant A.

6. Attached to this Motion, as Exhibit A, is a redacted Superseding Indictment omitting references to Defendant A.

WHEREFORE, for the foregoing reasons, the government respectfully requests the Court accept the attached redacted Superseding Indictment.

Respectfully submitted,

JESSIE K. LIU
United States Attorney
DC Bar No. 472845

By: _____/s/_____
Michael J. Marando
Assistant United States Attorney
Fraud & Public Corruption Section
555 4th Street, N.W., Room 5241
Washington, D.C.  20530
Office: (202) 252-7068
Michael.Marando@usdoj.gov