**FILED**
MAY 23 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No. 18-CR-00365 (EGS) |
| v. | |
| **LIUBOV HONCHAROVA** | VIOLATION: |
| **Defendant.** | 18 U.S.C. § 1343 (Wire Fraud) |

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and defendant LIUBOV HONCHAROVA, with the concurrence of her attorneys, hereby agree and stipulate as follows:

### Background

1. Defendant LIUBOV HONCHAROVA ("HONCHAROVA") is a citizen of Ukraine.

2. Co-Defendant KWAME TIEKU SAMPONG ("SAMPONG") is a citizen of Ghana.

### The Scheme to Defraud

3. From at least June 23, 2017, and continuing through on or about December 2018, in the District of Columbia and elsewhere, defendants HONCHAROVA and SAMPONG, did knowingly engage in a scheme to defraud various men (hereinafter, the "victims") located in the United States and around the world.

4. As part of this scheme to defraud, SAMPONG, along with other individuals, contacted the victims through various forms of communication, such as Skype and email, and through dating websites.

5. As further part of this scheme to defraud, SAMPONG and his co-conspirators led the victims to falsely believe they were communicating with women in Ghana who were in love with them. SAMPONG and his co-conspirators also led the victims to believe that the women in Ghana were royalty and entitled to receive an inheritance but needed monetary assistance from the victims to secure that inheritance. In return, the victims were promised a share of the inheritance in the form of gold or money. Neither SAMPONG nor any other member of the conspiracy ever intended to actually provide the victims with any gold or other inheritance in return for the victims' payments of money.

6. As further part of this scheme to defraud, SAMPONG and his co-conspirators persuaded the victims to send money to bank accounts located in Ghana that were controlled by members of the conspiracy.

7. As further part of this scheme to defraud, SAMPONG and his co-conspirators persuaded the victims to travel to Ghana or the United Arab Emirates ("UAE") to meet the women they were supposedly communicating with in person. Meeting the woman in person "backstopped" the story being told to the victims and assisted the conspirators in further defrauding the victims.

8. As further part of this scheme to defraud, HONCHAROVA traveled from the Ukraine to Ghana or the UAE to meet the victims in person and to play the role of the women the victims were supposedly communicating with online. In return, SAMPONG promised HONCHAROVA a portion of the proceeds from scheme.

a. **Victim 1**

9. On or about February 23, 2018, Victim 1 traveled from the United States to Dubai, UAE, at the request of SAMPONG and as part of the scheme to defraud.

10. Upon arriving in Dubai, Victim 1 met with SAMPONG, who purported to be a lawyer named "Eric," and HONCHAROVA, who purported to be a woman named "Precious" that Victim 1 communicated with online as part of the scheme to defraud. Victim 1 was led to believe that "Precious" inherited gold but needed Victim 1's financial assistance to secure and sell that gold.

11. On or around February 22, 2018, HONCHAROVA arrived in Dubai, UAE, from Ukraine, to meet with Victim 1 and to play the role of "Precious." Upon arriving in Dubai, HONCHAROVA played the role of Precious and led Victim 1 to believe that she was really the person Victim 1 communicated with online.

12. SAMPONG, posing as "Eric," and HONCHAROVA, posing as "Precious," asked Victim 1 to pay for their hotel rooms in Dubai, which Victim 1 did. HONCHAROVA also asked Victim 1 to take her shopping in Dubai and to pay for items that she purchased, which Victim 1 did.

13. On or about February 25, 2018, as part of the scheme to defraud Victim 1, SAMPONG (posing as "Eric") and Victim 1 signed documents at a hotel in Dubai purportedly effecting the sale of Precious's gold for $9,018,000. SAMPONG and his co-conspirators also told Victim 1 that he would receive all of the proceeds from the gold sale.

14. Following Victim 1's travels to Dubai in February 2018, and as part of the scheme to defraud, he continued to transfer money to bank accounts in Ghana controlled by the conspirators. Specifically, from February 22, 2018 (the date of HONCHAROVA's arrival in Dubai) to March 26, 2018 (the date Victim 1 discovered that he fell victim to a fraudulent scheme), Victim 1 wire transferred approximately $177,844.28 to members of the conspiracy in Ghana.

### b. Victim 4

15. On or around October 16, 2017, as part of the scheme to defraud, Victim 4 traveled to the United States to Accra, Ghana, believing he would meet with a woman he had been communicating with named "Mary."

16. On or around October 16, 2017, HONCHAROVA traveled from Ukraine to Ghana to play the role of "Mary." Upon arriving in Ghana, she met Victim 4 at the airport, played the role of Mary throughout Victim 4's stay in Ghana, and led Victim 4 to believe that she really was the person that Victim 4 been communicating with online previously.

17. While Victim 4 was in Ghana, he was led to believe by SAMPONG and HONCHAROVA that "Mary" was Ghanaian royalty and that Victim 4 would receive forty kilograms of gold bars if he married her. SAMPONG showed Victim 4 the gold bars he would purportedly receive. SAMPONG told Victim 4 that he would have to pay approximately $19,000 to purchase various items that were required to wed "Mary," such as cows and clothing.

18. Following Victim 4's travels to Ghana in October 2017, and as part of the scheme to defraud, he continued to transfer money to members of the conspiracy in Ghana. Specifically, from October 16, 2017 (the date of HONCHAROVA's arrival in Ghana) to January 31, 2019 (the date Victim 4 discovered that he fell victim to a fraudulent scheme), Victim 4 wire transferred approximately $19,777.00 to members of the conspiracy in Ghana.

### c. Victim 5

19. On or around November 9, 2017, as part of the scheme to defraud, Victim 5 traveled from the United States to Accra, Ghana, believing he would meet with a woman he had been communicating with online named Mary.

20.     When Victim 5 arrived to Ghana, he met with HONCHAROVA, who was playing the role of "Mary." HONCHAROVA, playing the role of "Mary," took Victim 5 to a gold company in Accra and showed him what she claimed were gold bars. HONCHAROVA also told Victim 5 that someone in the consulate in Ghana was trying to ship the gold and she asked Victim 5 for financial assistance to pay for the shipment.

21.     Prior to Victim 5's travels to Ghana in November 2017, he made two wire transfers totaling $3,000. HONCHAROVA's name was used as the recipient of those wire transfers, although HONCHAROVA did not actually receive that money. Following Victim 5's travels to Ghana in November 2017, and as further part of the scheme to defraud, he made one additional wire transfer of money to Ghana in the amount of $475.00.

### Limited Nature of Proffer

This proffer of evidence is not intended to constitute a complete statement of all facts known by the defendant or the government, but is a minimum statement of facts intended to provide the necessary factual predicate for the guilty plea

Respectfully submitted,

JESSIE K. LIU
United States Attorney
D.C. Bar No. 472845

By: _____
MICHAEL J. MARANDO
Assistant United States Attorney
Fraud & Public Corruption Section
United States Attorney's Office for the
    District of Columbia
555 4th Street, N.W.
Washington, D.C. 20001

## DEFENDANT'S ACKNOWLEDGMENT

The preceding statement is a summary, made for the purpose of providing the Court with a factual basis for my guilty plea to the charge against me. It does not include all of the facts known to me regarding this offense. I make this statement knowingly and voluntarily and because I am, in fact, guilty of the crime charged. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of Offense fully.

I have read every word of this Statement of the Offense, or have had it read to me. Pursuant to Federal Rule of Criminal Procedure 11, after consulting with my attorney, I agree and stipulate to this Statement of the Offense, and declare under penalty of perjury that it is true and correct.

Date: 5/21/2019

Liubov Honcharova
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of Offense and have reviewed it with my client Liubov Honcharova. I concur in my client's desire to adopt this Statement of Offense as true and accurate.

Date: 5/21/19

Attorney for Liubov Honcharova